ATTORNEY GRIEVANCE COMMISSION OF MARYLAND *     IN THE

                                   *     COURT OF APPEALS

**v.**                                 *     OF MARYLAND

                                   *     **Misc. Docket AG No. 38**

**VANDY L. JAMISON, JR.**           *     **September Term, 2020**

## ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Vandy L. Jamison, Jr., to place Respondent on inactive status by consent pursuant to Maryland Rule 19-736(c), it is this 13th day of October, 2020

**ORDERED,** by the Court of Appeals of Maryland, that the Joint Petition be, and it is hereby GRANTED, and the Respondent, Vandy L. Jamison, Jr., is hereby placed on Inactive Status for an indefinite period of time; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Vandy L. Jamison, Jr. from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

/s/ Robert N. McDonald
Senior Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk